AO 442 (Rev. 11/11) Arrest Warrant

FID # 10080299

# UNITED STATES DISTRICT COURT
для the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| Daniel J. Mercede | ) Case No. |
| | ) |
| | ) **1:16 MJ 4082** |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel J. Mercede

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341 (Mail Fraud)
18 U.S.C. § 1028A (Aggravated Identity Theft)

Date: 17 May 2016

*Issuing officer's signature*

City and state: Cleveland, Ohio

Nancy A. Vecchiarelli, Magistrate Judge
*Printed name and title*

FILED 2016 MAY 18 AM 11:44

---

### Return

This warrant was received on *(date)* 5/18/16, and the person was arrested on *(date)* 5/17/16
at *(city and state)* _____

Date: 5/18/16

*Arresting officer's signature* for the FBI

L. Conyers / USMS
*Printed name and title*