UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 1:16-mj-04082 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE VECCHIARELLI |
| v. ) | |
| ) | |
| DANIEL J. MERCEDE, ) | |
| ) | ORDER MODIFYING CONDITIONS OF |
| Defendant. ) | PRETRIAL RELEASE |

The Court held a hearing on July 11, 2016 regarding defendant's unopposed motion to modify conditions of release. (Doc. 18). The defendant was present represented by retained counsel, Richard Blake. Assistant U.S. Attorney Paul M. Flannery appeared for the hearing on behalf of the government. The defendant's fiancee, Alicia Thompson, also appeared with retained counsel, Paul Shipp.

Counsel for the defendant represented to the court that the defendant, Daniel Mercede and Alicia Thompson, plan to marry and request the court modify the conditions of release to permit the defendant and Ms. Thompson to have contact with each other. That motion is GRANTED.

The Court, with the concurrence of all counsel, orders the defendant's conditions of supervised release be modified as follows:

- The defendant's fiancee, Ms. Thompson, is permitted to reside at the defendant's parents home. Mr. Mercede may have contact with Ms. Thompson, but is ordered not to speak about the pending case.
- Ms. Thompson may have a cellular telephone without internet capability. The only features permitted are calling and text capabilities. She shall not have a computer or internet access at the residence.

All other conditions of bond remain unchanged.

DATE: July 11, 2016
          s/ *Nancy A. Vecchiarelli*
NANCY A. VECCHIARELLI
U.S. MAGISTRATE JUDGE